**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(PITTSBURGH DIVISION)**

| | |
|---|---|
| **MATTHEW WALDECKER Individually and for Others Similarly Situated,**<br><br>*Plaintiff*,<br><br>v.<br><br>**HYPERSPRING, LLC d/b/a GSE HYPERSPRING**<br><br>*Defendant*. | Case No.  2:20-cv-01948-MJH |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff MATTHEW WALDECKER, and Defendant HYPERSPRING, LLC., pursuant to Federal Rule 41(a)(1)(ii) hereby stipulate and agree to dismiss, with prejudice, all claims asserted or that could have been asserted by and/or against Plaintiff, Matthew Waldecker, on behalf of himself and others similarly situated, any Opt-In Plaintiff, and Defendant Hyperspring, LLC., in this action.

Respectfully submitted,

| | |
|---|---|
| /s/ Alyssa J. White | /s/ Tyler M. Duckett |
| Michael Josephson (PA Fed Bar No. 308410) | Suzzanne W. Decker (PA Fed. Bar No. 324018) |
| Andrew W. Dunlap (TX Bar No. 24078444) | Tyler M. Duckett (MD Fed Bar No. 23196) |
| Alyssa J. White (TX Bar No. 24073014) | *(Admitted Pro Hac Vice)* |
| **JOSEPHSON DUNLAP, LLP** | **MILES & STOCKBRIDGE P.C.** |
| 11 Greenway Plaza, Suite 3050 | 100 Light Street, 10th Floor |
| Houston, TX  77046 | Baltimore, Maryland  21202 |
| Tel: (713) 352-1100 | Tel: (410) 727-6464 |
| Fax: (713) 352-3300 | Fax: (410) 385-3700 |
| Email: mjosephson@mybackwages.com | Email: sdecker@milesstockbridge.com |
| adunlap@mybackwages.com | tduckett@milesstockbridge.com |
| awhite@mybackwages.com | |
| | |
| Richard J. Burch (TX Bar No. 24001807) | **ATTORNEYS FOR DEFENDANT** |
| **BRUCKNER BURCH, PLLC** | |
| 11 Greenway Plaza, Suite 3025 | |

Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713)877-8065
rburch@brucknerburch.com

**Joshua P. Geist**
PA ID No. 85745
**William F. Goodrich**
PA ID No. 30235
**GOODRICH & GEIST PC**
3634 California Ave.
Pittsburgh, Pennsylvania 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

It is so Ordered this 1st day of November 2023

_____
Marilyn J. Horan
United States District Judge